**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: EFFEXOR (VENLAFAXINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. 2458** <br> **13-MD-2458** <br><br> **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT APPLIES TO: ALL ACTIONS** | : | |

**ORDER RECOMMENDING STAY OF MULTIDISTRICT LITIGATION**

In 2013, the United States Judicial Panel on Multidistrict Litigation ordered the transfer of cases alleging that the use of Effexor by pregnant women caused birth defects to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. The MDL Court appointed the leadership, established a common benefit fund, set a joint discovery and scheduling plan, held regular status conferences and entered appropriate orders to move the cases forward. As of August 18, 2015, all of the cases in the MDL have been closed. Most of the cases were dismissed without prejudice by stipulation of counsel for the parties. The dismissals generally provide that the plaintiffs may re-file the case within the applicable statute of limitations, provided that any re-filing of the claims shall be in an appropriate federal court in the form of a single plaintiff-family Complaint and subject to transfer to an MDL involving similar Effexor claims for pre-trial proceedings. Because the claims concern birth defects, in most cases the statute of limitations for the minor plaintiffs is extended.

The Court has been advised by Leadership Counsel that there are no cases pending in any state or federal court that would be subject to removal or transfer to the MDL, and Leadership Counsel does not oppose termination of all proceedings in the MDL.

**AND NOW,** this 16th day of September 2015, this Court recommends to the Judicial Panel on Multidistrict Litigation that the litigation known as "In re: Effexor (Venlafaxine Hydrochloride)

Products Liability Litigation," MDL No. 2458, be stayed until such time as it can be determined that the MDL should be either returned to active status or terminated. The Clerk of Court for the Eastern District of Pennsylvania is directed to transmit this Order to the Panel. Should the Panel accept this Court's recommendation, the Clerk of the Eastern District of Pennsylvania shall close MDL No. 13-md-2458 administratively.

It is so **ORDERED**.

**BY THE COURT:**

September 16, 2015

**CYNTHIA M. RUFE, J.**